1  RODERICK P. BUSHNELL, State Bar No. 46583
   DIANA L. MAIER, State Bar No. 199968
2  BUSHNELL, CAPLAN, FIELDING & MAIER, LLP
   221 Pine Street, Suite 600
3  San Francisco, CA 94104
   Telephone:  (415) 217-3800
4  Facsimile:  (415) 217-3820

5  Attorneys for Plaintiff BRIAN MAHONEY

6  TIMOTHY R. NEWTON, Georgia Bar No. 542200
   Admitted *Pro Hac Vice*
7  STEVEN G. HOPKINS, Georgia Bar No. 142427
   Admitted *Pro Hac Vice*
8  CONSTANGY, BROOKS & SMITH, LLC
   230 Peachtree Street, N.W., Suite 2400
9  Atlanta, GA 30303-1557
   Telephone:  (404) 525-8622
10 Facsimile:  (404) 525-6955

11 ROBERT A. DOLINKO, State Bar No. 076256
   DEBORAH R. SCHWARTZ, State Bar No. 208934
12 THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
13 San Francisco, CA 94105
   Telephone:  (415) 371-1200
14 Facsimile:  (415) 371-1211

15 Attorneys for Defendant J & J INDUSTRIES, INC.

16

17                    **UNITED STATES DISTRICT COURT**

18                   **NORTHERN DISTRICT OF CALIFORNIA**

19                      **SAN FRANCISCO DIVISION**

20

21 BRIAN MAHONEY,                          Case No.:  3:06-CV-06309-PJH

22                   Plaintiff,            **STIPULATION AND [PROPOSED]**
                                           **ORDER TO EXTEND THE**
23        vs.                              **DEADLINE TO COMPLETE**
                                           **MEDIATION**
24 J & J INDUSTRIES, INC., a Georgia
   corporation; and DOES 1 through 20,
25 inclusive,

26                   Defendants.

27

28

1    Plaintiff Brian Mahoney ("Plaintiff") and Defendant J&J Industries, Inc. ("Defendant")

2    through their respective attorneys of record, stipulate and ask the Court to order as follows:

3                                            **RECITALS**

4    1.    Pursuant to the Local Rules regarding alternative dispute resolution, the parties

5    agreed to participate in court-appointed mediation in this matter.

6    2.    The Court appointed Henry Hewitt to serve as the mediator and ordered the

7    mediation to be completed by May 25, 2007.

8    3.    The parties met and conferred regarding a discovery plan and agreed that

9    Plaintiff's deposition should be completed prior to participating in mediation.

10    4.    Due to the parties' and counsels' conflicting schedules and the geographic

11    location of the parties - Defendant is located in Georgia and Plaintiff in California - the parties

12    were unable to schedule Plaintiff's deposition and the mediation prior to May 25, 2007.

13    5.    The parties continue to meet and confer and have agreed to take the deposition of

14    Plaintiff and complete mediation before August 10, 2007.  They currently are working to find

15    mutually convenient dates for both Plaintiff's deposition and the mediation.

16    6.    The parties have conferred with Mr. Hewitt regarding extending the mediation

17    deadline.  Mr. Hewitt has confirmed that he is available on numerous dates prior to August 10,

18    2007.

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1

## STIPULATION

2      The parties hereby agree and stipulate to extend the deadline to complete the mediation

3  from May 25, 2007 to August 10, 2007.

4  Dated:  May 23, 2007                BUSHNELL, CAPLAN, FIELDING & MAIER, LLP

5

6                                      By:    /s/ Roberick P. Bushnell
7                                             Roderick P. Bushnell
                                              Diana L. Maier
8                                             Attorneys for Plaintiff
                                              BRIAN MAHONEY
9  Dated:  May 23, 2007                THELEN REID BROWN RAYSMAN & STEINER LLP

10

11                                     By:    /s/ Deborah R. Schwartz
12                                            Robert A. Dolinko
                                              Deborah R. Schwartz
13                                            Attorneys for Defendant
                                              J & J INDUSTRIES
14  Dated:  May 23, 2007               CONSTANGY, BROOKS & SMITH, LLC

15

16                                     By:    /s/ Timothy R. Newton
                                              Timothy R. Newton, Admitted *Pro Hac Vice*
17                                            Steven G. Hopkins, Admitted *Pro Hac Vice*
                                              Attorneys for Defendant
18                                            J & J INDUSTRIES

19

20                                      **ORDER**

21      It is ordered that the deadline to complete the mediation is extended from May 25, 2007 to

22  August 10, 2007.

23

24
   Dated:      5/25/07
25

26

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton