1  RODERICK P. BUSHNELL, State Bar No. 46583
   DIANA L. MAIER, State Bar No. 199968
2  BUSHNELL, CAPLAN, FIELDING & MAIER, LLP
   900 Kearny Street, Suite 299
3  San Francisco, CA 94133-5124
   Telephone:  (415) 217-3800
4  Facsimile:  (415) 217-3820

5  Attorneys for Plaintiff BRIAN MAHONEY

6  TIMOTHY R. NEWTON, Georgia Bar No. 542200
   Admitted *Pro Hac Vice*
7  STEVEN G. HOPKINS, Georgia Bar No. 142427
   Admitted *Pro Hac Vice*
8  CONSTANGY, BROOKS & SMITH, LLC
   230 Peachtree Street, N.W., Suite 2400
9  Atlanta, GA 30303-1557
   Telephone:  (404) 525-8622
10 Facsimile:  (404) 525-6955

11 ROBERT A. DOLINKO, State Bar No. 076256
   DEBORAH R. SCHWARTZ, State Bar No. 208934
12 THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
13 San Francisco, CA 94105
   Telephone:  (415) 371-1200
14 Facsimile:  (415) 371-1211

15 Attorneys for Defendant J & J INDUSTRIES, INC.

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN MAHONEY,<br><br>            Plaintiff,<br><br>     vs.<br><br>J & J INDUSTRIES, INC., a Georgia corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.: 3:06-CV-06309-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  AND ORDER |

1   Plaintiff Brian Mahoney and Defendant J & J Industries, Inc., by and through undersigned counsel, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's above-styled action is hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 24th day of August, 2007.

s/Roderick P. Bushnell (w/e/p by SGH)
RODERICK P. BUSHNELL, State Bar No. 46583
DIANA L. MAIER, State Bar No. 199968
BUSHNELL, CAPLAN, FIELDING &
MAIER, LLP
900 Kearny Street, Suite 299
San Francisco, CA 94104
Telephone: (415) 217-3800
Facsimile: (415) 217-3820

Attorneys for Plaintiff BRIAN MAHONEY

s/Steven G. Hopkins
TIMOTHY R. NEWTON, Georgia Bar No. 542200
Admitted *Pro Hac Vice*
STEVEN G. HOPKINS, Georgia Bar No. 142427
Admitted *Pro Hac Vice*
CONSTANGY, BROOKS & SMITH, LLC
230 Peachtree Street, N.W., Suite 2400
Atlanta, GA 30303-1557
Telephone: (404) 525-8622
Facsimile: (404) 525-6955

8/24/07

ROBERT A. DOLINKO, State Bar No. 076256
DEBORAH R. SCHWARTZ, State Bar No. 208934
THELEN REID BROWN RAYSMAN &
STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94133-5124
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant J & J INDUSTRIES, INC.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-